# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re:   Benita Bennett            ) Case No. 19-15511
                                   ) Chapter 13 Proceedings
Debtor.                            ) Judge Arthur I. Harris

## TRUSTEE'S OBJECTION TO DEBTORS' MOTION
## TO INCUR DEBT AND PURCHASE A VEHICILE

Now comes LAUREN A. HELBLING, the duly appointed and qualified Standing Chapter 13 Trustee ("Trustee") herein, by and through counsel, and hereby objects to the Debtor's motion to incur debt and purchase a vehicle ("the Debtor's motion"). In support of her objection the Trustee makes the following representations to the Court:

1. The Debtor has provided no documentation that any lender has approved the Debtor for the credit necessary to complete the proposed purchase, or that said lender has consented to being paid through the plan.

2. Given the recency of the filing and the proposed unsecured dividend of 0%, the Trustee will not withdraw her objection to the motion until and unless the Debtor proves that her current vehicle is unreliable.

WHEREFORE your Trustee, being a proper party in interest, hereby moves this Honorable Court to sustain her objection and deny the Debtor's motion for the reasons cited.

/S/ Philip D. Lamos
PHILIP D. LAMOS (#0066844)
Attorney for Lauren A. Helbling, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone: (216) 621-4268    Fax: (216) 621-4806
13trustee@ch13cleve.com

## CERTIFICATE OF SERVICE

I certify that on September 12, 2019, a true and correct copy of the Trustee's Objection was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Renee Heller, on behalf of Benita R. Bennett, Debtor at rhlegal@aol.com

                            /S/ Philip D. Lamos
                            PHILIP D. LAMOS (#0066844)
                            Attorney for Lauren A. Helbling, Chapter 13 Trustee
                            200 Public Square, Suite 3860
                            Cleveland OH 44114-2321
                            Phone: (216) 621-4268    Fax: (216) 621-4806
                            13trustee@ch13cleve.com

PL:ac
9/12/19